IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZE ADAMS, | 1:10-cv-2110 OWW DLB (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| TINA HORNBEAK, | (DOCUMENT #19) |
| Respondent. | THIRTY DAY DEADLINE |
| _____/ | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 31, 2011, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty (30) days from the date of service of this order in which to file her traverse.

IT IS SO ORDERED.

Dated:   April 7, 2011          /s/ Dennis L. Beck
                                UNITED STATES MAGISTRATE JUDGE